IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL STREETER o/b/o, ) | |
| QYDELL J. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 04cv1183 |
| v. ) | [WO] |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is hereby ORDERED that the decision of the Commissioner is AFFIRMED.

DONE this 14th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE